IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUSAN ANN SANDS-WEDEWARD,

        Plaintiff,

   v.

PATRICK R. DONAHUE, Postmaster General,
United States Postal Service (Great Lakes Area) agency,

        Defendants.

ORDER

12-cv-266-bbc

---

    Plaintiff Susan Sands-Wedeward, who is proceeding pro se, has paid the $350 fee for filing this case. The next step is for plaintiff to serve her complaint on the defendants. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve a defendant. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving his case to resolution. If plaintiff acts promptly, she should be able to serve her complaint on the defendants well before the deadline for doing so established in Rule 4.

    To help plaintiff understand the procedure for serving a complaint, I am enclosing with this order a copy of a document titled "Serving the United States, Its Agencies, Corporations, Officers, or Employees." In addition, I am enclosing to plaintiff three copies of her complaint and the forms she will need to send to the defendant in accordance with the procedures set out in the enclosed document.

    For the remainder of this lawsuit, plaintiff must send defendant a copy of every paper or document that she files with the court. Once plaintiff learns the name of the lawyer that will be representing defendant(s), she should serve the lawyer directly rather than defendants. The court will disregard documents plaintiff submits that do not show on the court's copy that she

has sent a copy to defendant or to defendant's attorney.  Plaintiff should keep a copy of all documents for her own files.  If she is unable to use a photocopy machine, she may send out identical handwritten or typed copies of her documents.

ORDER

IT IS ORDERED that plaintiff promptly serve her complaint on the defendant and file proof of service as soon as service has been accomplished.  If, by June 13, 2012, plaintiff fails to submit proof of service of her complaint on the defendants or explain her inability to do so, I will direct plaintiff to show cause why her case should not be dismissed for lack of prosecution.

Entered this 13th day of April 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge