IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUSAN ANN SANDS-WEDEWARD,

                                                           ORDER

                  Plaintiff,

                                                12-cv-266-bbc

        v.

PATRICK R. DONAHUE, Postmaster General,
United States Postal Service (Great Lakes Area) agency,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on October 18, 2012, I granted defendant Patrick Donahue's motion to dismiss plaintiff Susan Sands-Wedeward's complaint for failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until October 30, 2012, in which to submit a proposed amended complaint addressing the deficiencies explained in the October 18 order. In addition, I warned plaintiff that her failure to respond to the court's order would result in dismissal of this case. It is now November 16, 2012, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered this 20th day of November, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1