IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN ANN-SANDS-WEDEWARD,

    Plaintiff,

v.

PATRICK R. DONAHUE, Postmaster General,
United States Postal Service (Great Lakes Area)
agency,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-266-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

_____    11/21/12
Peter Oppeneer, Clerk of Court        Date